STATE OF NORTH CAROLINA v. DARRICK WAYNE BAILEY

No. 380PA86

(Filed 18 November 1986)

ON discretionary review pursuant to N.C.G.S. § 7A-31 of the decision of the Court of Appeals, 80 N.C. App. 678, 343 S.E. 2d 434 (1986), awarding the defendant a new trial.

State v. Strickland

*Lacy H. Thornburg, Attorney General, by Floyd M. Lewis, Assistant Attorney General, for the State-appellant.*

*William T. Davis for defendant-appellee.*

PER CURIAM.

We conclude that the State's petition for discretionary review was improvidently allowed.

Petition for discretionary review improvidently allowed.